# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY A. GRIFFIN

NO. 2020 KW 0557

**AUGUST 17, 2020**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 19-WFLN-047, 048, 049.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's ruling granting the defendant's motion to suppress is vacated, and this matter is remanded to the district court for an evidentiary hearing in accordance with La. Code Crim. P. art. 703(E)(1). The district court must hold an evidentiary hearing when a defendant alleges facts that would require granting relief. See **State v. Wilson,** 2016-0912 (La. App. 1st Cir. 2/22/17), 2017 WL 716085, writ denied, 2017-0392 (La. 11/13/17), 229 So.3d 924.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT